# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO FERNANDO MIER-CARDENAS,<br><br>        Petitioner,<br><br>    v.<br><br>NEIL H. ADLER, Warden,<br><br>        Respondent. | 1:10-CV-00152 MJS HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR EXPEDITED RELIEF<br><br>[Doc. 2] |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 1, 2010, Petitioner filed a motion to expedite proceedings in the pending petition for writ of habeas corpus.

    The instant action is pending before this Court. However, the Court does not have an expedited calendar. The Court acts to resolve all pending cases in the most efficient manner possible. However, the docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

    Accordingly, Petitioner's motion to expedite the pending petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED.

Dated:   June 25, 2010          /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE